UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Q Ranch Provisions L.A., Inc.<br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:          2:14-bk-19271-BR<br>Operating Report Number:     2<br>For the Month Ending:     6/30/2014 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     60,245.46

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL     15,765.50
ACCOUNT REPORTS

3.  BEGINNING BALANCE:     $44,479.96

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing
    Accounts Receivable - Pre-filing
    General Sales
    Other (Specify)
    **Other (Specify)

    TOTAL RECEIPTS THIS PERIOD:****     $590,027.02

5.  BALANCE:     $634,506.98

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)     $0.00
    Disbursements (from page 2)     $543,100.92

    TOTAL DISBURSEMENTS THIS PERIOD:***     $543,100.92

7.  ENDING BALANCE:     $91,406.06

8.  General Account Number(s):     **General DIP Account******
        **Bank of the West, Account No. ****2564**
    Depository Name & Location:     **Baldwin Park Branch**
        **14220 Ramona Blvd.**
        **Baldwin Park, California 91706**

\*   All receipts must be deposited into the general account.
\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.
\*\*\*\*In addition to the funds deposited in the General DIP Account, Expense DIP Account, and Payroll DIP Account, Q Ranch Provisions, L.A. also received
    approximately $606,715.69 in gross income in June 2014, which funds were used to obtain cashiers checks to pay certain vendors who accept payments
    in the form of cashiers checks only. Please see page 10 for a list of these transactions.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD - N/A
Page 2 of 18

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 6/2/2014 | | Bank of West | Monthly Charges | | 10.00 | 10.00 |
| 6/2/2014 | 1182 | Rocky's Foods | Purchased Goods | | 35,000.00 | 35,000.00 |
| 6/4/2014 | ACH | Hardland Checks | Order Checks | | 386.83 | 386.83 |
| 6/4/2014 | 1184 | T&T Foods | Purchased Goods | | 15,000.00 | 15,000.00 |
| 6/5/2014 | 1185 | Rocky's Foods | Purchased Goods | | 40,000.00 | 40,000.00 |
| 6/6/2014 | ACH | Bank of West | Transfer | | 100.00 | 100.00 |
| 6/9/2014 | 1183 | T&T Foods | Purchased Goods | | 15,000.00 | 15,000.00 |
| 6/9/2014 | 1186 | Wiberg | Seasonings | | 1,267.50 | 1,267.50 |
| 6/11/2014 | 1188 | Rocky's Foods | Purchased Goods | | 15,449.61 | 15,449.61 |
| 6/11/2014 | 1189 | Rocky's Foods | Purchased Goods | | 6,953.68 | 6,953.68 |
| 6/12/2014 | ACH | Bank of West | Misc. Fee | | 35.00 | 35.00 |
| 6/12/2014 | ACH | Bank of West | Over draft fees | | 26.00 | 26.00 |
| 6/12/2014 | ACH | Bank of West | Return item Fee | | 26.00 | 26.00 |
| 6/12/2014 | 1191 | T&T Foods | Purchased Goods | | 15,047.00 | 15,047.00 |
| 6/12/2014 | 1192 | T&T Foods | Purchased Goods | | 14,000.00 | 14,000.00 |
| 6/16/2014 | | Q Ranch | Transfer to Expense acc | | 500.00 | 500.00 |
| 6/17/2014 | 1187 | Wiberg | Seasonings | | 2,595.00 | 2,595.00 |
| 6/17/2014 | 1193 | Rocky's Foods | Purchased Goods | | 29,384.87 | 29,384.87 |
| 6/18/2014 | 1195 | Rocky's Foods | Purchased Goods | | 25,951.78 | 25,951.78 |
| 6/18/2014 | 1196 | T&T Foods | Purchased Goods | | 13,300.00 | 13,300.00 |
| 6/19/2014 | 1194 | Rocky's Foods | Purchased Goods | | 12,618.22 | 12,618.22 |
| 6/23/2014 | 1197 | Rocky's Foods | Purchased Goods | | 25,000.00 | 25,000.00 |
| 6/23/2014 | | Rocky's Foods | Purchased Goods | | 15,000.00 | 15,000.00 |
| 6/24/2014 | | Bank of West | Bank Debit for NSF | | 600.00 | 600.00 |
| 6/24/2014 | ACH | Bank of West | Return item Fee | | 12.00 | 12.00 |
| 6/24/2014 | 1198 | Rocky's Foods | Purchased Goods | | 12,497.52 | 12,497.52 |
| 6/24/2014 | 1199 | R & D | Purchased Goods | | 28,400.00 | 28,400.00 |
| 6/24/2014 | 1200 | R & D | Purchased Goods | | 28,400.00 | 28,400.00 |
| 6/24/2014 | 1201 | R & D | Purchased Goods | | 28,400.00 | 28,400.00 |
| 6/24/2014 | 1202 | R & D | Purchased Goods | | 27,100.70 | 27,100.70 |
| 6/25/2014 | ACH | Hardland Checks | Misc. Debit | | 40.07 | 40.07 |
| 6/25/2014 | 1204 | T&T Foods | Purchased Goods | | 15,000.00 | 15,000.00 |
| 6/27/2014 | 1205 | R & D | Purchased Goods | | 28,000.00 | 28,000.00 |
| 6/30/2014 | 1206 | Rocky's Foods | Purchased Goods | | 25,018.73 | 25,018.73 |
| 6/30/2014 | 1208 | Bro Pack | Purchased Goods | | 10,010.00 | 10,010.00 |
| 6/30/2014 | 1209 | Lap International | Purchased Goods | | 1,439.86 | 1,439.86 |
| 6/30/2014 | 1210 | T&T Foods | Purchased Goods | | 15,000.00 | 15,000.00 |
| 6/30/2014 | CC | Salomon | Purchased Goods | | 15,007.50 | 15,000.00 |
| 6/30/2014 | 1207 | Rocky's Foods | Purchased Goods | | 25,523.05 | 25,523.05 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 0.00 | 543,100.92 | $543,093.42 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT

BANK RECONCILIATION - N/A

Bank statement Date: _____6/30/2014_____   Balance on Statement: _____$91,406.06_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                      | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                      | 0.00 |

Bank statement Adjustments:                          _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                         | $91,406.06 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT) - N/A

| | | |
|---|---|---|
| 1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | | 0.00 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | | 0.00 |
| 3.  BEGINNING BALANCE: | | 0.00 |
| 4.  RECEIPTS DURING CURRENT PERIOD:<br>(Transferred from General Account) | | 0.00 |
| 5.  BALANCE: | | 0.00 |
| 6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD<br>TOTAL DISBURSEMENTS THIS PERIOD:*** | | 0.00 |
| 7.  ENDING BALANCE: | | 0.00 |

8.  PAYROLL Account Number(s):          **General DIP Payroll Account\*\*\*\***
                                        **Bank of the West, Account No. \*\*\*\*9630**

    Depository Name & Location:         **Baldwin Park Branch**
                                        **14220 Ramona Blvd.**
                                        **Baldwin Park, California 91706**

****This DIP account was opened on June 16, 2014.

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD -

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

PAYROLL ACCOUNT

## BANK RECONCILIATION - N/A

Bank statement Date: _____6/30/2014_____   Balance on Statement: _____$0.00___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                      | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                      | 0.00 |

Bank statement Adjustments:                       _____

Explanation of Adjustments-

|  |
|---|

ADJUSTED BANK BALANCE:                                         | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (EXPENSE ACCOUNT) - N/A

1. TOTAL RECEIPTS PER ALL PRIOR EXPENSE ACCOUNT REPORTS $43,536.85

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR EXPENSE
ACCOUNT REPORTS $39,024.60

3. BEGINNING BALANCE: $4,512.25

4. RECEIPTS DURING CURRENT PERIOD: $135,800.34
(Transferred from General Account)

5. BALANCE: $140,312.59

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:*** $134,827.50

7. ENDING BALANCE: $5,485.09

8. EXPENSE Account Number(s): **General DIP Expense Account\*\*\*\***
**Bank of the West, Account No. \*\*\*\*2572**
Depository Name & Location: **Baldwin Park Branch**
**14220 Ramona Blvd.**
**Baldwin Park, California 91706**

TOTAL DISBURSEMENTS FROM EXPENSE ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 6/1/2014 | 1201 | Jay Shih | 2502 Rent | $3,000.00 |
| 6/1/2014 | 1202 | Jay Shih | 2502 Rent | $3,000.00 |
| 6/2/2014 | 1212 | Mike's Shell | Gas | $2,341.14 |
| 6/2/2014 | ACH | Bank Of West | Service Charge | $10.00 |
| 6/4/2014 | 1204 | Employment Resources | Payroll | $3,799.00 |
| 6/4/2014 | ACH | Bank Of West | Ordered Checks | $386.83 |
| 6/5/2014 | 1213 | State Farm | Insurance ( Vehicle) | $1,871.54 |
| 6/5/2014 | 1214 | Link Company | Poly Bags | $2,164.50 |
| 6/6/2014 | | Bank Of West | Bank Debit for NSF | $530.02 |
| 6/6/2014 | | Bank of West | Transfer | $100.00 |
| 6/6/2014 | 1209 | Employment Resources | Payroll | $4,270.60 |
| 6/6/2014 | 1210 | One Stop Employment | Payroll | $13,136.95 |
| 6/6/2014 | 1215 | One Stop Employment | Payroll | $12,594.61 |
| 6/6/2014 | 1217 | Nede Management | 2508 Rent | $6,500.00 |
| 6/6/2014 | 1218 | Mike's Shell | Gas | $1,961.18 |
| 6/6/2014 | ACH | Bank Of West | Service Charge | $12.00 |
| 6/7/2014 | 1221 | Rojas Spice | Seasonings | $1,840.50 |
| 6/10/2014 | 1219 | AT&T | Telephone Utility bill | $427.87 |
| 6/10/2014 | 1220 | The Gas Company | Utility | $447.07 |
| 6/10/2014 | ACH | Edison | Utility | $575.00 |
| 6/10/2014 | ACH | Quill | Office Supplies | $881.39 |
| 6/11/2014 | 1216 | Employment Resources | Payroll | $3,582.85 |
| 6/11/2014 | 1224 | Link Company | Poly Bags | $2,303.00 |
| 6/11/2014 | 1225 | Mike's Shell | Gas | $1,885.47 |
| 6/13/2014 | 1223 | Employment Resources | Payroll | $3,799.00 |
| 6/16/2014 | | Bank Of West | Service Charge | $26.00 |
| 6/16/2014 | 1226 | One Stop Employment | Payroll | $13,304.63 |
| 6/19/2014 | 1228 | Farmer's Insurance | Liability Insurance | $962.00 |
| 6/20/2014 | 1227 | Wiberg | Seasonings | $2,595.00 |
| 6/20/2014 | 1229 | Link Company | Poly Bags | $2,238.50 |
| 6/20/2014 | 1232 | Mike's Shell | Gas | $1,969.45 |
| 6/20/2014 | 1233 | One Stop Employment | Payroll | $14,876.63 |
| 6/23/2014 | 1234 | United Janitorial | Supplies | $589.23 |
| 6/25/2014 | 1230 | Employment Resources | Payroll | $3,916.90 |
| 6/25/2014 | | Bank Of West | Ordered Checks | $40.07 |
| 6/25/2014 | | Bank Of West | Ordered Checks | $49.54 |
| 6/25/2014 | 1236 | Rojas Spice | Seasonings | $1,765.50 |
| 6/26/2014 | 1237 | Wiberg | Seasonings | $1,297.50 |
| 6/26/2014 | ACH | S. Cal Edison | Utility | $164.31 |
| 6/26/2014 | ACH | S. Cal Edison | Utility | $3,043.88 |
| 6/26/2014 | ACH | S. Cal Edison | Utility | $1,620.00 |
| 6/26/2014 | 1246 | Mike's Shell | Gas | $1,590.61 |
| 6/26/2014 | 1250 | One Stop Employment | Payroll | $13,357.23 |

| | | | | |
|---|---|---|---|---|
| | | TOTAL DISBURSEMENTS THIS PERIOD: | $134,827.50 |

EXPENSE ACCOUNT
CCC

# BANK RECONCILIATION - N/A

Bank statement Date: _____6/30/2014_____   Balance on Statement: _____$5,485.09_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                 _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                       | $5,485.09 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. D SUMMARY SCHEDULE OF CASH N/A

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  |  |  |
|---|---|---:|
| | General Account: | $91,406.06 |
| | Payroll Account: | $0.00 |
| | Expense Account: | $5,485.09 |
| *Other Accounts: | | |
| | | |
| | | |
| *Other Monies: | | |
| | **Petty Cash (from below): | $0.00 |

TOTAL CASH AVAILABLE:  $96,891.15

**Cashier's Check Transactions:*****

| Date | Purpose | Amount |
|---|---|---:|
| 6/2/2014 | Miscellaneous Expense | $250.00 |
| 6/2/2014 | Car Wash | $35.00 |
| 6/2/2014 | Diesel Fuel | $82.00 |
| 6/2/2014 | Goods Purchased | $13,845.00 |
| 6/2/2014 | Goods Purchased | $19,519.50 |
| 6/2/2014 | Miscellaneous Expense | $287.48 |
| 6/2/2014 | Automobile expense | $760.00 |
| 6/2/2014 | Miscellaneous Expense | $225.00 |
| 6/2/2014 | Computer Repair | $500.00 |
| 6/2/2014 | Transportation Fleet Service | $39.66 |
| 6/5/2014 | County Sanitation Waste Disposal | $48.04 |
| 6/5/2014 | Goods Purchased | $13,942.50 |
| 6/5/2014 | Goods Purchased | $13,650.00 |
| 6/5/2014 | Goods Purchased | $30,000.00 |
| 6/6/2014 | A& G Fire extinguisher | $15.00 |
| 6/9/2014 | Goods Purchased | $56,854.40 |
| 6/9/2014 | Goods Purchased | $33,504.80 |
| 6/10/2014 | Miscellaneous Expense | $180.00 |
| 6/10/2014 | Car Wash | $105.00 |
| 6/10/2014 | Diesel Fuel | $96.00 |
| 6/10/2014 | Goods Purchased | $823.44 |
| 6/10/2014 | Goods Purchased | $13,747.50 |
| 6/10/2014 | Goods Purchased | $27,200.00 |
| 6/10/2014 | Automobile expense | $850.94 |
| 6/10/2014 | Computer Repair | $600.00 |
| 6/10/2014 | Miscellaneous Expense | $83.00 |

| | | |
|---|---|---|
| 6/10/2014 | Computer Repair | $500.00 |
| 6/10/2014 | Goods Purchased | $13,650.00 |
| 6/10/2014 | Equipment Repair | $150.00 |
| 6/11/2014 | Goods Purchased | $20,000.00 |
| 6/12/2014 | Goods Purchased | $13,455.00 |
| 6/13/2014 | Goods Purchased | $7,041.42 |
| 6/13/2014 | Goods Purchased | $3,240.00 |
| 6/13/2014 | Goods Purchased | $27,600.00 |
| 6/13/2014 | Computer Repair | $1,000.00 |
| 6/13/2014 | Goods Purchased | $70,000.00 |
| 6/16/2014 | Goods Purchased | $27,495.00 |
| 6/17/2014 | Miscellaneous Expense | $110.00 |
| 6/17/2014 | Artic Glacier Ice | $1,141.45 |
| 6/17/2014 | Arriolas Tires | $401.32 |
| 6/17/2014 | Diesel Fuel | $240.00 |
| 6/17/2014 | Goods Purchased | $27,271.60 |
| 6/17/2014 | Goods Purchased | $41,100.00 |
| 6/17/2014 | Miscellaneous Expense | $607.58 |
| 6/18/2014 | Cesar Del Rio Forklift Repai | $3,000.00 |
| 6/18/2014 | Goods Purchased | $15,000.00 |
| 6/18/2014 | Goods Purchased | $35,000.00 |
| 6/20/2014 | Car Wash | $70.00 |
| 6/20/2014 | Chef Merito Seasoning | $202.00 |
| 6/20/2014 | Goods Purchased | $8,891.44 |
| 6/20/2014 | Goods Purchased | $17,722.15 |
| 6/23/2014 | Miscellaneous Expense | $180.00 |
| 6/23/2014 | Artic Glacier Ice | $514.73 |
| 6/23/2014 | Central L.A Ice | $160.00 |
| 6/24/2014 | Goods Purchased | $10,389.00 |
| 6/24/2014 | Goods Purchased | $5,611.00 |
| 6/24/2014 | Utility | $305.00 |
| 6/26/2014 | Goods Purchased | $12,000.00 |
| 6/27/2014 | Goods Purchased | $5,347.73 |
| 6/27/2014 | Miscellaneous Expense | $75.01 |
| 6/30/2014 | Goods Purchased | $10,000.00 |

## TOTAL PETTY CASH TRANSACTIONS:                    $606,715.69

****In addition to the funds deposited in the General DIP Account, Expense DIP Account, and Payroll DIP Account, Q Ranch Provisions, L.A. also received
approximately $606,715.69 in gross income in June 2014, which funds were used to obtain cashiers checks to pay certain vendors who accept payments
in the form of cashiers checks only.

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#

** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
### AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | TOTAL DUE: 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

|  | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding |  |  |  |
| State Withholding |  |  |  |
| FICA- Employer's Share |  |  |  |
| FICA- Employee's Share |  |  |  |
| Federal Unemployment |  |  |  |
| Sales and Use |  |  |  |
| Real Property |  |  |  |
| Other: |  |  |  |
| TOTAL: | 0.00 | 0.00 |  |

Page 11 of 16

IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE - N/A

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| Commercial General Liability | Mid-Century Insurance | $2,000,000.00 | 6/20/2015 | 6/20/2015 |
| Employers Comp | Companion Prop & Cans | $1,000,000.00 | 3/1/2015 | 3/1/2015 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Jun-2014 | $1,939,832.84 | $6,500.00 |  |  | 6,500.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  | | 6,500.00 | | 0.00 | 6,500.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS - N/A

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS - N/A

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT N/A
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: |  |  |
| Gross Sales/Revenue |  |  |
| Less: Returns/Discounts |  |  |
| Net Sales/Revenue | $0.00 | $0.00 |
| Cost of Goods Sold: |  |  |
| Beginning Inventory at cost |  |  |
| Purchases |  |  |
| Less: Ending Inventory at cost |  |  |
| Cost of Goods Sold (COGS) | $0.00 | $0.00 |
| Gross Profit | $0.00 | $0.00 |
| Other Operating Income (Itemize) |  |  |
| Operating Expenses: |  |  |
| Payroll - Insiders |  |  |
| Payroll - Other Employees |  |  |
| Payroll Taxes |  |  |
| Other Taxes (Itemize) |  |  |
| Depreciation and Amortization |  |  |
| Rent Expense - Real Property |  |  |
| Lease Expense - Personal Property |  |  |
| Insurance |  |  |
| Real Property Taxes |  |  |
| Telephone and Utilities |  |  |
| Repairs and Maintenance |  |  |
| Travel and Entertainment (Itemize) |  |  |
| Miscellaneous Operating Expenses (Itemize) |  |  |
| Total Operating Expenses | $0.00 | $0.00 |
| Net Gain/(Loss) from Operations | $0.00 | $0.00 |
| Non-Operating Income: |  |  |
| Interest Income |  |  |
| Net Gain on Sale of Assets (Itemize) |  |  |
| Other (Itemize) |  |  |
| Total Non-Operating income | $0.00 | $0.00 |
| Non-Operating Expenses: |  |  |
| Interest Expense |  |  |
| Legal and Professional (Itemize) |  |  |
| Other (Itemize) |  |  |
| Total Non-Operating Expenses | $0.00 | $0.00 |
| NET INCOME/(LOSS) | $0.00 | $0.00 |

(Attach exhibit listing all itemizations required above)

BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | _____ | |
| Restricted Cash | _____ | |
| Accounts Receivable | _____ | |
| Inventory | _____ | |
| Notes Receivable | _____ | |
| Prepaid Expenses | _____ | |
| Other (Itemize) | _____ | |
| Total Current Assets | _____ | $0.00 |
| | | |
| Property, Plant, and Equipment | _____ | |
| Accumulated Depreciation/Depletion | _____ | |
| Net Property, Plant, and Equipment | | $0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | _____ | |
| Other (Itemize) | _____ | |
| Total Other Assets | | $0.00 |
| TOTAL ASSETS | | $0.00 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | _____ | |
| Accounts Payable | _____ | |
| Taxes Payable | _____ | |
| Notes Payable | _____ | |
| Professional fees | _____ | |
| Secured Debt | _____ | |
| Other (Itemize) | _____ | |
| Total Post-petition Liabilities | | $0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | _____ | |
| Priority Liabilities | _____ | |
| Unsecured Liabilities | _____ | |
| Other (Itemize) | _____ | |
| Total Pre-petition Liabilities | | $0.00 |
| TOTAL LIABILITIES | | $0.00 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | _____ | |
| Post-petition Profit/(Loss) | _____ | |
| Direct Charges to Equity | _____ | |
| TOTAL EQUITY | | $0.00 |
| TOTAL LIABILITIES & EQUITY | | $0.00 |

QUESTIONNAIRE

| | No | Yes |
|---|---|---|
| 1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | ___ |

_____

| | No | Yes |
|---|---|---|
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | ___ |

_____

3. State what progress was made during the reporting period toward filing a plan of reorganization
N/A
_____

4. Describe potential future developments which may have a significant impact on the case: N/A

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

| | No | Yes |
|---|---|---|
| 6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

_____

I,   Nereo Perez, President
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

7 - 16 - 14
_____
Date

Page 16 of 16

_____
Principal for debtor-in-possession